# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTONIO WHEELER, *et al.*,

    Plaintiffs,

v.

PETER BANYAI, *et al.*,

    Defendants.

Case No. 2:24-cv-00154-APG-NJK

**ORDER**

[Docket No. 6]

Pursuant to 28 U.S.C. § 1915 Plaintiffs are proceeding in this action *pro se* and have requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. Docket No. 6. Plaintiffs submit one *in forma pauperis* application signed only by Plaintiff Wheeler that fails to indicate to which Plaintiff the application applies. *See* Docket No. 6 at 2-3. In any event, each Plaintiff must submit an application.

Accordingly, Plaintiffs' *in forma pauperis* application is **DENIED** without prejudice. Docket No. 6. Each Plaintiff must submit a separate *in forma pauperis* application identifying to which Plaintiff the application applies, no later than March 4, 2024. The Court **INSTRUCTS** the Clerk's Office to send Plaintiffs two blank *in forma pauperis* applications for non-prisoners.

IT IS SO ORDERED.

Dated: February 6, 2024

                                          Nancy J. Koppe
                                          United States Magistrate Judge