1
2
3
4
5

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

6  ANTONIO WHEELER and HEM
7  RAMACHANDRAN,                                          Case No. 2:24-cv-00154-APG-NJK

        Plaintiffs,                                  **REPORT & RECOMMENDATION**
8

9  v.

10  PETER BANYAI, *et al.*,

        Defendants.
11

12      Plaintiff Hem Ramachandran has failed to update his address.  *E.g.*, Docket Nos. 10, 12,

13  13, 16.  "A party, not the district court, bears the burden of keeping the court apprised of any

14  changes in his mailing address."  *Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988) (*per curiam*);

15  *see also In re Hammer*, 940 F.2d 524, 526 (9th Cir. 1991).  To that end, the local rules require that

16  litigants immediately file written notification of any change of address, and the local rules

17  expressly warn that failure to do so may result in case-dispositive sanctions.  *See* Local Rule IA 3-

18  1.

19      On March 1, 2024, the Court ordered Plaintiff Ramachandran to file a notice of change of

20  address by March 29, 2024.  Docket No. 11.  Plaintiff Ramachandran failed to do so.  The Court

21  expressly warned that "**FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN**

22  **DISMISSAL OF THIS CASE**."  *Id*. at 1 (emphasis in original).  To date, Plaintiff Ramachandran

23  has failed to comply with that order.

24      Plaintiff Ramachandran has disobeyed the local rules and the Court's orders requiring

25  prompt updating of a litigant's address.  Plaintiff Ramachandran's failure to update his address,

26  his disobedience with the local rules, and his disobedience of the Court's orders are abusive

27  litigation practices that have interfered with the Court's ability to hear this case, delayed litigation,

28  disrupted the Court's timely management of its docket, wasted judicial resources, and threatened

the integrity of the Court's orders and the orderly administration of justice.  Sanctions less drastic than dismissal are unavailable because Plaintiff Ramachandran has refused to comply with the orders of this Court notwithstanding the warning that case-dispositive sanctions may be imposed.

Accordingly, in light of the circumstances outlined above, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice as to Plaintiff Ramachandran.

Dated: August 22, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

## <u>NOTICE</u>

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1).  A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation.  Local Rule IB 3-2(a).  Failure to file a timely objection may waive the right to appeal the district court's order.  *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).