UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO WHEELER, et al., | Case No.: 2:24-cv-00154-APG-NJK |
| Plaintiffs | **Order Dismissing Case** |
| v. | |
| PETER BANYAI, et al., | |
| Defendants | |

On August 22, 2024, I issued an order to show cause why this case should not be dismissed for lack of subject matter jurisdiction. ECF No. 18. I advised the plaintiffs that if they did not respond by September 19, 2024, I would dismiss the case. *Id.* Neither plaintiff responded.

I THEREFORE ORDER that this case is dismissed without prejudice for lack of subject matter jurisdiction. The clerk of court is instructed to close this case.

DATED this 25th day of September, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE