UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO WHEELER, et al., <br><br> Plaintiffs <br><br> v. <br><br> PETER BANYAI, et al., <br><br> Defendants | Case No.: 2:24-cv-00154-APG-NJK <br><br> **Order Denying (1) Motion to Reopen Case and (2) Application to Proceed In Forma Pauperis** <br><br> [ECF Nos. 22, 23] |

I previously dismissed this case because the court lacks subject matter jurisdiction over the plaintiffs' claims. ECF Nos. 18, 19. Antonio Wheeler filed a motion to reopen the case and an application to proceed *in forma pauperis* (IFP). ECF Nos. 22, 23. Wheeler's motion does not explain how this court has subject matter jurisdiction, so there is no basis to reopen the case. Thus, his application for IFP status is moot.

I THEREFORE ORDER that Wheeler's motion to reopen the case (ECF No. 22) is denied, and his application to proceed *in forma pauperis* (ECF No. 23) is denied as moot.

DATED this 23rd day of January, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE